STATE OF CONNECTICUT *v.* WILLIAM J. PALADINE

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Morris Y. Brown,* in support of the petition.

*George J. Jaser,* assistant prosecuting attorney, in opposition.

Submitted April 27—decided May 7, 1964

ETHEL W. BAIRD *v.* GAER BROTHERS, INC., ET AL.

The motion by the plaintiff to have the appeal from the Superior Court in Hartford County placed on the June, 1964, term assignment list is denied.

*William P. Aspell,* in support of the motion.

Submitted May 14—decided May 20, 1964

DOMINIC J. CARILLI *v.* PENSION COMMISSION OF THE CITY OF HARTFORD

The motion by the plaintiff and the defendant to have the appeal from the Court of Common Pleas in Hartford County placed on the assignment list for the June, 1964, term without filing briefs is denied.

*Elihu H. Berman,* on the motion, for the plaintiff.

*Joseph J. Burns,* on the motion, for the defendant.